# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDALL D. TOMLINSON,** | Case No. LA CV 14-02094-VBF (KK) |
| **Petitioner,** | |
| v. | JUDGMENT |
| JOHN F. CARAWAY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against the petitioner.

Dated:  September 16, 2014

*Valerie Baker Fairbank*

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE